AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
NOV 12 2025
MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

In the Matter of the Search of
(Briefly describe the property to be searched or identify the person by name and address)

Christopher Hernandez
DOB: 10/18/1977

Case No. 25-1923 MR

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (identify the person or describe the property to be searched and give its location):

See atachment A, attached hereto and incorporated herein.

located in the ________________ District of New Mexico, there is now concealed (identify the person or describe the property to be seized):

See Attachment B, which is attached and fully incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Prohibited person in possession of a firearm |

The application is based on these facts:

See Attachment C, which is attached and fully incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ___________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
Applicant's signature

Thomas Silva, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonically sworn and electronically submitted (specify reliable electronic means).

Date: November 12, 2025

[signature]
*Judge's signature*

City and state: Las Cruces, New Mexico

Jerry H. Ritter, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT A

### Person to be Searched

1. The person to be searched is Christopher Daniel Hernandez, DOB 10/18/1977, Social Security Number ending in 8734 whose photograph is shown below:



**ATTACHMENT B**

**Items to be Seized**

1. A DNA sample via buccal swab from Christopher Daniel Hernandez.

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Thomas Silva, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to collect DNA samples from Christopher Hernandez, further described in attachment "A," by collecting oral (buccal) swab samples according to the standard practices and procedures employed by HSI for DNA testing. Based on my training and experience, I believe the requested DNA sample will yield evidence that Christopher Hernandez engaged in federal crimes in violation of: 8 U.S.C. § 922(g)(1) possession of a firearm or ammunition by a prohibited person (felon), 18 U.S.C. § 922(g)(3) possession of a firearm or ammunition by a prohibited person (user of or addicted to a controlled substance), and 18 U.S.C. § 924(c) possession of a firearm in furtherance of a drug trafficking crime.

2. I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed since 2024. I am currently assigned to the Homeland Security Task Force in the Las Cruces, NM ASAC office. By virtue of my employment with HSI, I am authorized to conduct investigations into violations of federal laws, to include immigration, the trafficking of illegal narcotics, the illegal possession of firearms, and various federal criminal violations. My law enforcement training and experience includes, but not limited to, conducting surveillance: interviewing subjects, victims and witnesses: narcotic trafficking organizations and operations. Prior to my appointment to the Las Cruces Office, I was employed with Customs and Border Protection (CBP) from May 2020-2021. As a CBP Officer I enforced Immigration and Customs laws for people and products moving across the United States Border. I conducted investigations to prevent and/or deter the trafficking of people and narcotics across the international border.

3. The affidavit is being submitted for the limited purpose of obtaining a search warrant for DNA evidence. I have not included each and every fact known to me or other law enforcement agents concerning this investigation.

**FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE**

4. On October 16, 2025, at approximately 0920 hours, Silver City Police Department (SCPD) became involved in a vehicle pursuit with a white 2016 Chrysler 300 bearing license plate BTML9. During the pursuit the Chrysler 300 collided with another vehicle and continued attempting to evade SCPD. The vehicle collided with a dirt berm and became inoperable at which time the driver, identified as Christopher Hernandez, barricaded himself inside the vehicle disobeying all verbal commands from the SCPD officers

to exit the vehicle. The passenger, identified as Lisa Nunez, in the front seat exited the vehicle and informed officers that the driver was a felon and would not stop the vehicle because he was in possession of a firearm and knew he would go back to prison. At this time SCPD Officers utilized drones to maintain a visual of Hernandez while he was inside the vehicle. Officers were able to observe Hernandez holding a clear pipe commonly used to ingest controlled substances such as methamphetamine. Hernandez used a lighter to ignite the substance in the pipe and began to inhale the resulting smoke. At approximately 1200 hours New Mexico State Police (NMSP) arrived on scene and Hernandez exited the vehicle and walked towards the rear of the vehicle. Hernandez was placed under arrest. SCPD Detectives obtained a search warrant for the vehicle and discovered 9 firearms, multiple magazines, approximately 17.2 ounces of methamphetamine, approximately 1,236 fentanyl pills, approximately 48 alprazolam pills, approximately $8,000 in U.S. Currency in suspected drug proceeds, and various types of ammunition. All the firearms, ammunition, and currency were found in close proximity to the seized narcotics.

5. Based on my training and experience, I am aware that items such as firearms and ammunition often contain the fingerprints and/or DNA of suspects who have handled the items. I am aware that DNA evidence is easily transferred to metal and plastic surfaces, such as firearms and that this evidence may not be visible to the naked eye. The evidence, if it exists, may assist in determining the identity of any person who may have handled the firearms and drug evidence.

6. The firearms that were seized from the search warrant of the vehicle are currently in the custody of the FBI. Therefore, I am requesting DNA samples from Hernandez in the form of buccal cells on oral swabs. The oral swabs will be collected from the inside cheek portion of the mouth to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by HSI or other federal partner agencies to include but not limited to FBI or DEA for DNA testing.

## CONCLUSION

7. I believe that based upon the information contained herein, there is probable cause to obtain warrants to collect a DNA sample from Christopher Hernandez in order to procure evidence and or instrumentalities of violations of: 8 U.S.C. § 922(g)(1) possession of a firearm or ammunition by a prohibited person (felon), 18 U.S.C. § 922(g)(3) possession of a firearm or ammunition by a prohibited person (user of or addicted to a controlled substance), and 18 U.S.C. § 924(c) possession of a firearm in furtherance of a drug trafficking crime..

8. This affidavit has been reviewed by Assistant United States Attorney Devon Aragon Martinez of the District of New Mexico.

Respectfully submitted,

Thomas Silva
Special Agent
Homeland Security Investigations

Electronically submitted and
telephonically sworn to me
on November 12, 2025.

Jerry H. Ritter
U.S. Magistrate Judge